UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
MAR 31 2014
PER _____
DEPUTY CLERK

| | |
|---|---|
| AMANDA GESSNER, : | |
|     Plaintiff, : | Civil No. 3:14-CV-111 |
| v. : | |
| GARY ANTHONY FIORETTI, et al., : | (Judge Kosik) |
|     Defendants. : | |

## ORDER

AND NOW, this 31st day of March, 2014, IT APPEARING TO THE COURT THAT:

(1)  Plaintiff, Amanda Gessner, an inmate confined at the State Correctional Institution at Muncy, filed the instant civil rights action on January 22, 2014;

(2)  Service of the complaint is pending;

(3)  On March 28, 2014, Plaintiff filed a letter of withdrawal (Doc. 15) in which she requests the court to "dismiss & withdrawl" (sic) the above-captioned action;

(4)  On March 28, 2014, Magistrate Judge Martin C. Carlson issued a Report and Recommendation (Doc. 16), recommending that we grant Plaintiff's request pursuant to Fed. R. Civ. P. 41(a);

(5)  We agree with the Magistrate Judge's recommendation and we will grant Plaintiff's request;

ACCORDINGLY, IT IS HEREBY ORDERED THAT:

(1)  The Report and Recommendation of Magistrate Judge Martin C. Carlson dated March 28, 2014 (Doc. 16) is **ADOPTED**;

(2)  Plaintiff's voluntary dismissal of this action (Doc. 15) is **APPROVED**;

(3)  The Plaintiff's complaint is **DISMISSED**; and

(4)   The Clerk of Court is directed to **CLOSE** this case and to **FORWARD** a copy of this Order to the Magistrate Judge.

Edwin M. Kosik
United States District Judge