UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

AMANDA GESSNER,
        Plaintiff, :   Civil No. 3:14-CV-111
    v. :
GARY ANTHONY FIORETTI, et al., :   (Judge Kosik)
        Defendants. :

FILED SCRANTON JUL 28 2014 PER ___ DEPUTY CLERK

## ORDER

AND NOW, this 28th day of July, 2014, IT APPEARING TO THE COURT THAT:

(1) Plaintiff, Amanda Gessner, an inmate confined at the State Correctional Institution at Muncy, filed the instant civil rights action on January 22, 2014;

(2) On July 3, 2014, Plaintiff filed a Motion of Withdrawal and Dismiss of Civil Action Complaint (Doc. 26) in which she requests the court to close and dismiss the above-captioned action;

(3) On July 9, 2014, Magistrate Judge Martin C. Carlson issued a Report and Recommendation (Doc. 27), recommending that we grant Plaintiff's request pursuant to Fed. R. Civ. P. 41(a);

(4) No Objections were filed to the Report and Recommendation; and

(5) We agree with the Magistrate Judge's recommendation and we will grant Plaintiff's request;

ACCORDINGLY, IT IS HEREBY ORDERED THAT:

(1) The Report and Recommendation of Magistrate Judge Martin C. Carlson dated July 9, 2014 (Doc. 27) is **ADOPTED**;

(2) Plaintiff's voluntary dismissal of this action (Doc. 26) is **APPROVED**;

(3)  The Plaintiff's complaint is **DISMISSED**; and

(4)   The Clerk of Court is directed to **CLOSE** this case and to **FORWARD** a copy of this Order to the Magistrate Judge.

*[signature]*

Edwin M. Kosik
United States District Judge